IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BECKWORTH | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-7277 |
| LAW OFFICE OF THOMAS LANDIS, LLC, ET AL. | : | |
| | : | |

**O R D E R**

**AND NOW**, this  18th  day of  April , 2012, upon consideration of Defendant Oxford Law, LLC's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 7) and Defendant Larry Weil's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 8), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**